459 A.2d 37

Commonwealth v. Singleton, Appellant.

Submitted June 7, 1982.  Stephen Gary Welz, for appellant;  George C. Yatron, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., CAVANAUGH and ROWLEY, JJ.

The judgment of sentence of the lower court is affirmed.

459 A.2d 38

Commonwealth v. Smith, Appellant.

Petition for Allowance of Appeal
Denied Oct. 13, 1983.

Submitted March 3, 1983.  George Howard Eager, for appellant;  Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WIEAND and HOFFMAN, JJ.

Affirmed.